UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 12-20698-BKC-RAM
CHAPTER 13 PROCEEDINGS

In re:

Gladys Gonzalez,

    Debtor.
_____/

**DEBTOR'S MOTION TO DEEM CHANTILLY CONDOMINIUM INC., CURRENT AS OF APRIL 30, 2015 IN ACCORDANCE WITH THE CHAPTER 13 PLAN**

    The debtor, Gladys Gonzalez, by and through her undersigned counsel, hereby files this Motion to Deem the Association Cured by Chapter 13 Plan, and state:

1. The Debtor filed a petition under a Chapter 13 on April 30, 2012.

2. The Debtor filed a Chapter 13 Plan, which treats Chantilly Condominium Inc's., arrearage as unsecured and pays the ongoing regular payment of the Secured Creditor

3. The Confirmed Plan paid the regular association payment during the life of the plan up to and including the April 2015 payment.

4. The Debtor is current on all payments due under the confirmed Confirmed Chapter 13 Plan. As such, the Debtor seeks an order deeming Chantilly Condominium Inc., ("Secured Creditor"), current through, April, 2015 and that the first payment due to be paid directly to creditor should be the May, 2015.

5. The secured creditor is not acknowledging that the Debtor is up to date as of April, 2015.

6. An Order Granting Motion To Value and Determine Secured Status of Lien on Real Property Held by Chantilly Condominium Inc., was entered on September 21, 2012,[DE # 30]

7. The Debtor is requesting that in the event that the Secured Creditor the current servicers or any subsequent assignees or holders of the aforementioned entities attempt to collect any of these fees or expenses, such action shall be deem to be a willful violation of the

orders of this Court; and that such action shall give the right to the debtors to pursue a proceeding before this court for contempt and appropriate sanctions and such other state and federal statutory remedies as may be available to the debtors and that this Court specifically retain jurisdiction over such claim or claims.

8. The Debtor request that Secured Creditor, or any subsequent assignees begin providing the Debtor with the monthly reminder as done in the normal course of business of the aforementioned entities and accept payments directly from the Debtor for payments beginning May, 2015.

WHEREFORE, the Debtor respectfully requests that this court enter an Order Deeming Chantilly Condominium, Inc., ("Secured Creditor"), current through April, 2015.

                Respectfully Submitted,

                REYES & CALAS-JOHNSON, P.A.
                Attorney for Debtors
                782 N.W. 42nd Ave., Suite 447
                Miami, FL 33126
                Telephone: (305) 476-1900
                Fla. Bar No. 120006
                By: ____/s/_____
                     Mary Reyes, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing motion and notice of hearing was served upon all parties on attached list, this 22nd day of February, 2016.

                _____/s/_____
                Mary Reyes

**SERVICE LIST**

Chantilly Condominium Inc.,
C/O Moskowitz, Mandell, Salim & Simowitz, P.A.
800 Corporate Drive, Suite 500
Fort Lauderdale, FL 33334

Chantilly Condominium Inc.,
C/O Oxygen/Summit Association Services
2801 N. University Drive, Suite 204
Coral Springs, FL 33065

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 12-20698-RAM<br>Southern District of Florida<br>Miami<br>Mon Feb 22 16:11:46 EST 2016 | Chantilly Condominium Association<br>c/o Arthur E. Lewis<br>800 Corporate Drive, Suite 500<br>Fort Lauderdale, FL 33334-3621 | Specialized Loan Servicing<br>c/o Ashley Prager Popowitz<br>110 SE 6th St #2400<br>Ft. Lauderdale, FL 33301-5056 |
| American InfoSource LP as agent for<br>InSolve Recovery, LLC<br>PO Box 269093<br>Oklahoma City, OK 73126-9093 | Americas Servicing Co<br>Po Box 10328<br>Des Moines, IA 50306-0328 | Bank Of America, N.A.<br>150 Allegheny Center Mal<br>Pittsburgh, PA 15212-5335 |
| Beneficial/Hfc<br>Po Box 3425<br>Buffalo, NY 14240-3425 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Chantilly Condominium Inc<br>14275 S.W. 142ND AVE.<br>Miami, FL 33186-6715 |
| Chase<br>201 N Walnut Street  Mailstop De1-1027<br>Wilmington, DE 19801-2920 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | Florida Department of Revenue<br>5050 W Tennessee Street<br>Tallahassee, FL 32399-0100 |
| Gecrb/Care Credit<br>Po Box 981439<br>El Paso, TX 79998-1439 | Gecrb/Jcp<br>Po Box 984100<br>El Paso, TX 79998 | Gecrb/Lowes<br>Po Box 103065<br>Roswell, GA 30076 |
| Gecrb/Se Toyota<br>Po Box 981439<br>El Paso, TX 79998-1439 | Gm Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 | Hls<br>150 Allegheny Center Mall<br>Pittsburgh, PA 15212-5335 |
| Hsbc Auto<br>6602 Convoy Ct<br>San Diego, CA 92111-1009 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding, LLC its successors and assigns<br>assignee of Capital One<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274-0281 | Miami Dade County Tax Collector<br>140 W. Flagler Street<br>Suite 1407<br>Miami, FL 33130-1561 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Specialized Loan Servi<br>8742 Lucent Blvd Ste 300<br>Highlands Ranch, CO 80129-2386 | Specialized Loan Servicing, LLC<br>Attention Bankruptcy Department<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 | Wescom Credit Union<br>123 S Marengo Ave<br>Pasadena, CA 91101-2428 |
| Wescom Credit Union<br>PO Box 68000<br>Anaheim, CA 92817-0800 | Desiree Calas-Johnson<br>782 NW 42 Ave # 447<br>Miami, FL 33126-5549 | Gladys Gonzalez<br>900 NE 195 Street, Apt 202<br>Miami, FL 33179-3451 |

```
Mary Reyes Esq                          Nancy K. Neidich
782 NW 42 Ave #447                      www.ch13herkert.com
Miami, FL 33126-5549                    POB 279806
                                        Miramar, FL 33027-9806
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Cap One
Po Box 85520
Richmond, VA 23285
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Miami                                End of Label Matrix
                                        Mailable recipients    31
                                        Bypassed recipients     1
                                        Total                  32
```